MALCOLM R. MATHESON, as Substituted Trustee of the Estate of RICHARD J. STAINTON, Deceased, Respondent, *v.* OTTILIE MENTE et al., Defendants, and TITLE INSURANCE COMPANY OF NEW YORK et al., Appellants.

*Matheson* v. *Mente*, 163 App. Div. 912, affirmed.
(Argued May 3, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage made by one Ottilie Mente to the "Estate of Richard J. Stainton," deceased, purporting to secure the payment of $17,500 and interest, bearing date December 7, 1909, and recorded in Kings county register's office on December 14, 1909. The complaint pleads the said mortgage as security for a bond to one George F. Stainton as executor of said estate in like sum executed simultaneously therewith. The action was originally brought by said George F. Stainton as executor of the estate of Richard J. Stainton, deceased, claiming ownership of said bond and mortgage from said Ottilie Mente. The present plaintiff is a substituted trustee who claims the full principal sum and interest from the date of the mortgage. The defendants, the Title Insurance Company of New York and Brooklyn Trust Company, as trustee, etc., interposed an answer denying that there was any sum due upon said mortgage, and after

other denials as to the said mortgage alleged that the debt was fully paid and the mortgage had been duly satisfied of record on February 21, 1910.

*James R. Deering* for appellants.

*Thomas O'Callaghan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.